PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Jorge Louis Solorio-Mendoza            Docket No.: CR14-00642-GW

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Jorge Louis Solorio-Mendoza</u> who was placed on supervision by the Honorable <u>GEORGE H. WU</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>8th</u> day of <u>August, 2016</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Jorge Louis Solorio-Mendoza has requested to relocate to the Northern District of California. The U. S. Probation Office in the Northern District of California has agreed to accept his case, contingent on modification to his conditions of supervised release.

Jorge Louis Solorio-Mendoza and defense counsel consent to modification and waive a personal appearance before the Court.

## PRAYING THAT THE COURT WILL ORDER

1. Upon release from confinement, the defendant shall reside for a period of up to 120 days, to commence upon completion of his sentence, in RRC and shall observe the rules of that facility. He shall remain at that facility until discharged by the supervising probation officer.

2. The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this <u>2nd</u> day of <u>Dec.</u>, 20<u>16</u> and ordered filed and made a part of the records in the above case. | BRYAN VANDER TUIG<br>U. S. Probation Officer |
| <br>United States District Judge<br>HONORABLE GEORGE H. WU | Place: Los Angeles, California<br>Approved: NOELLE JONES<br>Supervising U. S. Probation Officer<br>Date: December 1, 2016 |